IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAY 0 4 2017

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| AVIATION ALLIANCE INSURANCE RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> POLARIS ENTERPRISE GROUP, INC., a Delaware corporation, CAMERON R. CREBS, and RICK CREBS, <br><br> Defendants. | CV 17-35-M-DWM <br><br> ORDER |

Defendants Polaris Enterprise Group, Inc., Cameron R. Crebs and Rick Crebs (collectively "Defendants") move for the admission of Andrew D. White, of the Law Office of Jillisa L. O'Brien, P.C. to practice before this Court in this case, with Randy J. Cox and John M. Newman of Boone Karlberg P.C. to act as local counsel. Mr. White's application appears to be in compliance with L.R. 81.1(d)(3).

Accordingly, IT IS ORDERED that Defendants' motion to admit Mr. White *pro hac vice* (Doc. 4) is GRANTED on condition that Mr. White must do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further

information is available on the Court's website, www.mt.uscourts.gov, or from the Clerk's office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. White, within fifteen (15) days from the date of this Order, files a separate pleading acknowledging:

(1) his admission under the terms set forth above;

(2) his compliance with Montana Rule of Professional Conduct 8.5, which requires certification of compliance in writing to the Montana Supreme Court, *see* L.R. 83.1(d)(3)(J); and

(3) his submission of a *pro hac vice* fee of **$255.00**, *see* Standing Or. DLC-27 (Nov. 16, 2016).

DATED this 4th day of May, 2017.

Donald W. Molloy, District Judge
United States District Court

2