**FILED**

NOV 26 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AVIATION ALLIANCE INSURANCE RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> POLARIS ENTERPRISE GROUP, INC., a Delaware corporation, CAMERON R. CREBS, and RICK CREBS, <br><br> Defendants. | CV 17-35-M-DWM <br><br><br> ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 26th day of November, 2018.

Donald W. Molloy, District Judge
United States District Court